JS-6

BARTON, KLUGMAN & OETTING LLP
Tod V. Beebe, APC (SBN 100265)
Ronald R. St. John (SBN 101397)
350 South Grand Avenue
Suite 2200
Los Angeles, CA 90071-3454
Telephone:  213-621-4000
Facsimile:  213-625-1832
E-mail:  tbeebe@bkolaw.com
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| GHOLAM REZA ABBASI, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A., a national association; NEDA GHELICHI, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 8:21-cv-01543 DOC (DFMx)<br><br>**ORDER OF DISMISSAL PURSUANT TO STIPULATION**<br><br>Date Action Filed: September 20, 2021<br>Date Action Removed:<br>Trial Date:  None Set |

Pursuant to the stipulation of the parties, and good cause appearing therefore, it is ORDERED that the above-entitled action be, and hereby is, DISMISSED WITH PREJUDICE.  Each party shall bear his, her or its own attorney's fees and costs.

DATED: December 21, 2021

_/s/ David O. Carter_
United States District Court Judge